# CASE ANNOUNCEMENTS

*February 29, 2008*

[Cite as *02/29/2008 Case Announcements,* 2008-Ohio-810.]

## DISCIPLINARY CASES

**2007–1111. Disciplinary Counsel v. Heiland.**
This cause is before the court upon relator's February 12, 2008 filing of a notice in support of restitution. Upon consideration thereof and consistent with this court's order of January 17, 2008,

It is ordered that respondent shall make restitution to Avon Oaks Nursing Home in the amount of $25,326.35 and to the Community at Parkview in the amount of $53,869.27, on or before August 12, 2008.

**2008–0037. Disciplinary Counsel v. Manning.**
This cause is before the court on the filing of respondent's withdrawal of objections.

Upon consideration thereof, the court permits the withdrawal of objections. The oral argument scheduled for April 8, 2008 is cancelled. The case will be considered by the court upon the report of the Board of Commissioners on Grievances and Discipline filed on January 4, 2008.

## MISCELLANEOUS DISMISSALS

**2007–1725. State ex rel. Whatley v. Indus. Comm.**
Franklin App. No. 06AP–939, 2007-Ohio-3990. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.